UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IRENE GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>**Commissioner of the**<br>**Social Security Administration,**<br><br>    Defendant. | CASE NO. CV 04-3312 AJW<br><br><br>J U D G M E N T |

**IT IS ADJUDGED** that the decision of defendant is reversed, and the case is remanded to defendant for further proceedings consistent with the Memorandum of Decision filed concurrently herewith.

DATED: August 5, 2005

/S/

_____
ANDREW J. WISTRICH
United States Magistrate Judge